## 15811.  GATE CITY COFFIN COMPANY *v.* HALL.

BROYLES, C. J.   1. Where goods are sold for cash to be paid on delivery, the prepayment of the purchase price is a condition precedent to the sale, and where the purchase price is not paid, the title remains in the vendor, notwithstanding possession of the goods by the buyer. *Bergan* v. *Magnus*, 98 *Ga.* 514 (1) (25 S. E. 570); *Starnes* v. *Roberts*, 128 *Ga.* 718 (58 S. E. 348); *Bowen* v. *DeLoach*, 13 *Ga. App.* 458 (1) (79 S. E. 371).

2. In such a case as above stated the contract is executory (*Dilman* v. *Patterson*, 2 *Ga. App.* 213 (1, 2), 58 S. E. 365), and upon a breach thereof by the buyer the seller can bring an action, under § 4131 of the Civil Code of 1910, to recover the difference between the contract price and the market price.

3. Under the above-stated rulings and the facts of the instant case, the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 13, 1924.

Action for breach of contract; from Fulton superior court— Judge Ellis.   June 10, 1924.

*Smith, Hammond & Smith,* for plaintiff in error.

*E. Smythe Gambrell, Underwood, Pomeroy & Haas,* contra.